(Official Form 1) (12/03)

| FORM B1 | **United States Bankruptcy Court**<br>**Middle District of Florida** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Monohan, William Patrick** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Monahan, Debra Ruth** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **3753** | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D.<br>No. (if more than one, state all): **4187** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**5715 Pine Forest Drive**<br>**Orane Park, FL  32003** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**5715 Pine Forest Drive**<br>**Orane Park, FL  32003** |
| County of Residence or of the<br>Principal Place of Business:    **Clay** | County of Residence or of the<br>Principal Place of Business:    **Clay** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

| Location of Principal Assets of Business Debtor<br>(if different from street address above): |
|---|

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ☑ Individual(s)       ☐ Railroad<br>☐ Corporation     ☐ Stockbroker<br>☐ Partnership      ☐ Commodity Broker<br>☐ Other              ☐ Clearing Bank | ☑ Chapter 7      ☐ Chapter 11      ☐ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>☑ Consumer/Non-Business    ☐ Business | **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only)<br>Must attach signed application for the court's consideration<br>certifying that the debtor is unable to pay fee except in installments.<br>Rule 1006(b). See Official Form No. 3. |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under<br>11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

THIS SPACE IS FOR COURT USE ONLY

**F I L E D**
JACKSONVILLE, FLORIDA

OCT 14 2005
2:21 PM
CLERK, U.S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA    MTS

REV'D $205.00

R#795051

05-1544

VOLUNTARY PETITION

© 1993 2004 EZ-Filing, Inc. [1-800-998-2424] / Forms Software Only

(Official Form 1)  (12/03)                                                                                              **FORM B1, Page 2**

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Monohan, Willaim Patrick & Monahan, Debra Ruth** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ~~William P Monohan~~
Signature of Debtor          William P Monohan

X ~~Debra R Mond~~
Signature of Joint Debtor          Debra R Monahan

**(904) 269-5384**
Telephone Number (If not represented by attorney)

**October 10, 2005**
Date

### Signature of Attorney

X
Signature of Attorney for Debtor(s)

Printed Name of Attorney for Debtor(s)

Firm Name

Address

Telephone Number

Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X
Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Jeffrey L. Hill**
Printed Name of Bankruptcy Petition Preparer

**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**
Social Security Number (Required by 11 U.S.C. § 110(c) )

**7628 103rd Street**
Address

**Jacksonville, FL  32210**

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X
Signature of Bankruptcy Petition Preparer

**October 10, 2005**
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

P E T I T I O N   W O R K S H E E T

```
CASE NUMBER...: 05-15441-3F7
DEBTOR........: MONOHAN, WILLAIM PATRICK
JOINT.........: MONAHAN, DEBRA RUTH
FILED.........: 10/14/2005        CASE TYPE: J  COUNTY: 12019

WHERE.........: SUITE 1-200 [40]
                300 NORTH HOGAN ST.
                JACKSONVILLE, FL  32202

TRUSTEE.......: [CREWS]

WHEN..........: MONDAY DECEMBER 05, 2005 AT 10:30 a.m.  [52]

DEBTOR'S ATTY.: PROSE
```

MATRIX _____        INST. APP. _____    20 LRG UNSEC. MATRIX (CH 11) _____

MATRIX ON DISK __✓__   SOAR _____

PRO SE _____                              20 LRG UNSEC. LIST (CH 11) _____

DISC. OF COMP. _____

_____ EXHIBIT "A" (REQUIRED IF DEBTOR IS A CH 11 CORPORATION)

_____ SUMMARY OF SCHEDULES

_____ SCHEDULES A- J (INDICATE UNDER COMMENTS IF ANY ARE MISSING)

_____ DECLARATION UNDER PERJURY

_____ STATEMENT OF FINANCIAL AFFAIRS

_____ CH 7 STATEMENT OF INTENTIONS

_____ CHAPTER 13 PLAN

COMMENTS : _____

           _____

CLAIMS BAR DATE:   /  /    / COMPLAINT DATE:    /  /
Fee information:

Total ->    $205.00

Monohan, Willaim Patrick
5715 Pine Forest Drive
Orane Park, FL 32003

Direct TV Inc
PO Box 29079
Glendale, CA 91209

Monahan, Debra Ruth
5715 Pine Forest Drive
Orane Park, FL 32003

GEMB Walmart
PO Box 981400
El Paso, TX 79998

ABS Of Jacksonville, Inc.
7628 103rd Street #5
Jacksonville, FL 32210

Home Depot Credit Services
Processing Center
Des Moines, IA 50364

Bank Of America
PO Box 650260
Dallas, TX 75265

Homecoming Financial
PO Box 105682
Atlanta, GA 30348

Bank Of America
PO Box 30770
Tampa, FL 33630

MBNA America
PO Box 15137
Wilmington, DE 19886

Cavalry Portfolio
4050 E Cotton Center Bvld
Phoenix, AZ 85040

Portfolio Recovery Associates
Dept 922
PO Box 4115
Concord, CA 94524

Chase Auto Finance
PO Box 901008
Ft Worth, TX 76101

Recievables Specialist
PO Box 26570
Tamarac, FL 33320

Chase NA
100 Duffy Avenue
Hicksville, NY 11801

Wal Mart
PO Box 981064
El Paso, TX 79998

Chase NA
C/O Cavalry Investments LLC
7 SKyline Drive Ste 3
Hawthorne, NY 10532

Washington Mutual
PO Box 8404747415
Baltimore, MD 21283

Citibank
PO Box 6033
Hagerstown, MD 21747

Wellington Place Sentinel
C/O National Collection Consultants
3733 University Blvd W Ste 300
Jacksonville, FL 32217

**United States Bankruptcy Court**
**Middle District of Florida**

IN RE:

Case No. _____

Monohan, Willaim Patrick & Monahan, Debra Ruth
Debtor(s)

Chapter **7** _____

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 150,000.00 | | |
| B - Personal Property | Yes | 2 | 20,125.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 178,399.56 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | 76,819.29 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,716.73 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,694.56 |
| Total Number of Sheets in Schedules | | 13 | | | |
| | | Total Assets | 170,125.00 | | |
| | | Total Liabilities | | 255,218.85 | |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SUMMARY OF SCHEDULES

IN RE Monohan, Willaim Patrick & Monahan, Debra Ruth _____    Case No. _____
_____
Debtor(s)

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor holds no interest in real property, write "None" under "Description and Location of Property".

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a security interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim".

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| debtors homestead<br>four (4) bedroom two and one half (2 1/2 ) bath ranch home located at<br>5715 Pine Forest Drive, Orange Park, FL 32003 | Fee Simple | J | 150,000.00 | 164,880.56 |
| | | | **TOTAL** 150,000.00 | |

(Report also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Monohan, Willaim Patrick & Monahan, Debra Ruth          Case No. _____
_____
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None". If additional space is needed in any category, attached a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H" for Husband, "W" for Wife, "J" for Joint, or "C" for Community in the column labeled "HWJC." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions only in Schedule C - Property Claimed as Exempt.

Do not include interests in executory contracts and unexpired leases on the schedule. List them in Schedule G - Executory Contracts and Unexpired Leased.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property".

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking account #002072002248 | J | 500.00 |
| | | Bank of America Checking Account #005484652820 | J | 50.00 |
| | | Navy Federal Credit Union Savings Account #1714781000 | J | 100.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | | couch, loveseat, chairs, television set, end tables, lamps (all over 10 years old), three (3) full beds, two (2) dressers, two (2) chest of drawers, four (4) night stands, (all over 20 years old), two (2) small old television sets, lawn mower, tools, kitchen table and chairs, twenty five year old refrigerator and range and hutch located at debtors residence. | J | 1,300.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | personal clothing | J | 500.00 |
| 7.  Furs and jewelry. | | Wedding rings | J | 250.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize | X | | | |
| 12.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |

IN RE Monohan, Willaim Patrick & Monahan, Debra Ruth _____   Case No. _____
                                         Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W I C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15.  Accounts receivable. | X | | | |
| 16.  Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 17.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18.  Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 1996 Dodge Grand Caravan needs repairs | J | 1,500.00 |
| | | 2000 Ford Escort has major damage | J | 2,925.00 |
| | | 2002 Ford Escape Jointly owned with Debtors son | J | 13,000.00 |
| 24   Boats, motors, and accessories. | X | | | |
| 25.  Aircraft and accessories. | X | | | |
| 26.  Office equipment, furnishings, and supplies. | X | | | |
| 27.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28.  Inventory. | X | | | |
| 29.  Animals | X | | | |
| 30   Crops - growing or harvested. Give particulars. | X | | | |
| 31.  Farming equipment and implements. | X | | | |
| 32.  Farm supplies, chemicals, and feed. | X | | | |
| 33.  Other personal property of any kind not already listed. Itemize. | X | | | |

© 1993-2004 F7-Filing Inc [1-800-998-2424] ; Forms Software Only

TOTAL     20,125.00

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ 0 continuation sheets attached

SCHEDULE B - PERSONAL PROPERTY

IN RE Monohan, Willaim Patrick & Monahan, Debra Ruth ........................................ Case No. ...........................................
                        Debtor(s)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). NOTE: These exemptions are available only in certain states.

☑ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY**<br>debtors homestead<br>four (4) bedroom two and one half (2 1/2 ) bath ranch home located at<br>5715 Pine Forest Drive, Orange Park, FL 32003 | Art. 10, §4(a)(1), FSA §§ 222.01, 222.02 | 150,000.00 | 150,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Bank of America<br>Checking account<br>#002072002248 | Art. 10 § 4(a)(2), FSA § 222.061 | 450.00 | 500.00 |
| couch, loveseat, chairs, television set, end tables, lamps (all over 10 years old), three (3) full beds, two (2) dressers, two (2) chest of drawers, four (4) night stands, (all over 20 years old), two (2) small old television sets, lawn mower, tools, kitchen table and chairs, twenty five year old refrigerator and range and hutch located at<br>debtors residence. | Art. 10 § 4(a)(2), FSA § 222.061 | 1,300.00 | 1,300.00 |
| Wedding rings | Art. 10 § 4(a)(2), FSA § 222.061 | 250.00 | 250.00 |
| 2000 Ford Escort<br>has major damage | FSA § 222.25(1) | 2,000.00 | 2,925.00 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

IN RE Monohan, Willaim Patrick & Monahan, Debra Ruth          Case No. _____
_____
                        Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See instructions above) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL / UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| Account No. 10503819303406 **Chase Auto Finance** PO Box 901008 Ft Worth, TX 76101 | X | J | security interest in 2002 Ford Escape | | | | 13,519.00 |
| | | | Value $        13,000.00 | | | | 519.00 |
| Account No. 0300068392 **Homecoming Financial** PO Box 105682 Atlanta, GA 30348 | | J | second mortgage on debtors homestead | | | | 31,622.86 |
| | | | Value $        150,000.00 | | | | |
| Account No. 8473611690 **Washington Mutual** PO Box 8404747415 Baltimore, MD 21283 | | J | first mortgage on debtors homestead | | | | 133,257.70 |
| | | | Value $        150,000.00 | | | | 14,880.56 |
| Account No. | | | | | | | |
| | | | Value $ | | | | |
| Account No. | | | | | | | |
| | | | Value $ | | | | |

___0___ Continuation Sheets attached

|  | | |
|---|---|---|
| Subtotal (Total of this page) | 178,399.56 |
| (Complete only on last sheet of Schedule D)  TOTAL | 178,399.56 |

(Report total also on Summary of Schedules)

© 1993-2004 F7 Filing Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Monohan, Willaim Patrick & Monahan, Debra Ruth                Case No. _____

_____
Debtor(s)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entry on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS
(Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

⊐ **Extensions of credit in an involuntary case**
   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2)

⊐ **Wages, salaries, and commissions**
   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

⊐ **Contributions to employee benefit plans**
   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

⊐ **Certain farmers and fishermen**
   Claims of certain farmers and fishermen, up to a maximum of $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

⊐ **Deposits by individuals**
   Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

⊐ **Alimony, Maintenance, or Support**
   Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

⊐ **Taxes and Other Certain Debts Owed to Governmental Units**
   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

⊐ **Commitments to Maintain the Capital of an Insured Depository Institution**
   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

\* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** Continuation Sheets attached

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Monohan, Willaim Patrick & Monahan, Debra Ruth _____    Case No. _____
                          Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," respectively, in the column labeled "HWJC."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above ) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM IF CLAIM IS SUBJECT TO SETOFF, SO STATE | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4305-5003-0807-1003<br><br>Bank Of America<br>PO Box 650260<br>Dallas, TX  75265 | | H | credit card | | | | 15,091.47 |
| Account No. 4427-1030-0454-5637<br><br>Bank Of America<br>PO Box 650260<br>Dallas, TX  75265 | | H | credit card | | | | 9,907.28 |
| Account No. 4310-9801-7500-5628<br><br>Bank Of America<br>PO Box 30770<br>Tampa, FL  33630 | | W | credit card | | | | 10,064.87 |
| Account No.<br><br>Portfolio Recovery Associates<br>Dept 922<br>PO Box 4115<br>Concord, CA  94524 | | | Assignee or other notification for:<br>Bank Of America | | | | |
| Account No. 327486<br><br>Cavalry Portfolio<br>4050 E Cotton Center Bvld<br>Phoenix, AZ  85040 | | W | | | | | 6,372.08 |

© 1993-2004 F7-Filing Inc [1-800-998-2424] - Forms Software Only

_____2_____ Continuation Sheets attached

Subtotal
(Total of this page)    **41,435.70**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

IN RE Monohan, Willaim Patrick & Monahan, Debra Ruth _____ Case No. _____

Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions ) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Recievables Specialist<br>PO Box 26570<br>Tamarac, FL  33320 | | | Assignee or other notification for:<br>Cavalry Portfolio | | | | |
| Account No. 422691027902<br>Chase NA<br>100 Duffy Avenue<br>Hicksville, NY  11801 | | J | credit card | | | | 5,568.00 |
| Account No. 356<br>Chase NA<br>C/O Cavalry Investments LLC<br>7 SKyline Drive Ste 3<br>Hawthorne, NY  10532 | | J | credit card | | | | 6,295.00 |
| Account No. 15539792<br>Direct TV Inc<br>PO Box 29079<br>Glendale, CA  91209 | | W | cable | | | | 259.94 |
| Account No. 6035320068014313<br>Home Depot Credit Services<br>Processing Center<br>Des Moines, IA  50364 | | H | revolving credit | | | | 183.46 |
| Account No.<br>Citibank<br>PO Box 6033<br>Hagerstown, MD  21747 | | | Assignee or other notification for:<br>Home Depot Credit Services | | | | |
| Account No. 5490-9954-6045-3886<br>MBNA America<br>PO Box 15137<br>Wilmington, DE  19886 | | H | credit card | | | | 19,842.25 |

Sheet ____1____ of ____2____ Continuation Sheets attached to Schedule F

Subtotal
(Total of this page) **32,148.65**

(Complete only on last sheet of Schedule F)  **TOTAL**

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Monohan, Willaim Patrick & Monahan, Debra Ruth _____ Case No. _____
Debtor(s)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6032207180616955<br><br>Wal Mart<br>PO Box 981064<br>El Paso, TX 79998 | | J | revolving credit | | | | 1,284.94 |
| Account No.<br><br>GEMB Walmart<br>PO Box 981400<br>El Paso, TX 79998 | | | Assignee or other notification for:<br>Wal Mart | | | | |
| Account No. 28<br><br>Wellington Place Sentinel<br>C/O National Collection Consultants<br>3733 University Blvd W Ste 300<br>Jacksonville, FL 32217 | | J | apartment lease | | | | 1,950.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet ___2___ of ___2___ Continuation Sheets attached to Schedule F

| | |
|---|---|
| Subtotal (Total of this page) | 3,234.94 |
| (Complete only on last sheet of Schedule F) TOTAL | 76,819.29 |

(Report total also on Summary of Schedules)

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] Forms Software Only

IN RE **Monohan, Willaim Patrick & Monahan, Debra Ruth** _____ Case No. _____
Debtor(s)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| | |

© 1990-2004 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**IN RE** Monohan, Willaim Patrick & Monahan, Debra Ruth          Case No. _____
_____
Debtor(s)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Joshua Monahan<br>1745 Wells Road #305<br>Orange Park, FL  32073 | Chase Auto Finance<br>PO Box 901008<br>Ft Worth, TX  76101 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE H - CODEBTORS

**IN RE** Monohan, Willaim Patrick & Monahan, Debra Ruth _____ Case No. _____
                          Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP<br>**Son** | | AGE<br>**21** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Retired** | **Unemployed - Part Time Work Only** |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current Monthly gross wages, salary, and commissions (pro rata if not paid monthly) | $ | | $ | |
| Estimated monthly overtime | $ | | $ | |
| **SUBTOTAL** | $ | 0.00 | $ | 0.00 |
| LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and Social Security | $ | | $ | |
| b. Insurance | $ | | $ | |
| c. Union dues | $ | | $ | |
| d. Other (specify) | $ | | $ | |
| | $ | | $ | |
| **SUBTOTAL OF PAYROLL DEDUCTIONS** | $ | 0.00 | $ | 0.00 |
| **TOTAL NET MONTHLY TAKE HOME PAY** | $ | 0.00 | $ | 0.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ | | $ | 500.00 |
| Income from real property | $ | | $ | |
| Interest and dividends | $ | | $ | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use<br>or that of dependents listed above | $ | | $ | |
| Social Security or other government assistance | | | | |
| (Specify) Govt Assistance | $ | 108.00 | $ | |
| Pension or retirement income | $ | 2,000.73 | $ | |
| Other monthly income | | | | |
| (Specify) VA | $ | 108.00 | $ | |
| | $ | | $ | |
| | $ | | $ | |
| **TOTAL MONTHLY INCOME** | $ | 2,216.73 | $ | 500.00 |

**TOTAL COMBINED MONTHLY INCOME $** _____ 2,716.73 (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Monohan, Willaim Patrick & Monahan, Debra Ruth _____ Case No. _____
                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ 1,140.36 |
| Are real estate taxes included?    Yes _____ No ✓ | |
| Is property insurance included?    Yes _____ No ✓ | |
| Utilities:  Electricity and heating fuel | $ 350.00 |
|       Water and sewer | $ 175.00 |
|       Telephone | $ 35.00 |
|       Other Waste | $ 150.00 |
|          Cable | $ |
| Home maintenance (repairs and upkeep) | $ 100.00 |
| Food | $ 600.00 |
| Clothing | $ 50.00 |
| Laundry and dry cleaning | $ |
| Medical and dental expenses | $ 100.00 |
| Transportation (not including car payments) | $ |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| Charitable contributions | $ |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|     Homeowner's or renter's | $ |
|     Life | $ 16.00 |
|     Health | $ 47.97 |
|     Auto | $ 130.00 |
|     Other | $ |
| Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | $ |
| | $ |
| | $ |
| Installment payments (in chapter 12 and 13 cases, do not list payments to be included in the plan) | |
|     Auto | $ |
|     Other   2nd Mortgage | $ 675.23 |
| Alimony, maintenance, and support paid to others | $ |
| Payments for support of additional dependents not living at your home | $ |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 100.00 |
| Other   Pest Control | $ 25.00 |
| | $ |
| | $ |
| | $ |
| | $ |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ 3,694.56 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
|   A.  Total projected monthly income | $ |
|   B.  Total projected monthly expenses | $ |
|   C.  Excess income (A minus B) | $ |
|   D.  Total amount to be paid into plan each _____ | $ |
| | (interval) |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

## United States Bankruptcy Court
## Middle District of Florida

IN RE:

Monohan, Willaim Patrick & Monahan, Debra Ruth
<br>Debtor(s)

Case No. _____

Chapter **7** _____

## BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

   1. Gross Income For 12 Months Prior to Filing:      $ _____

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

   2. Gross Monthly Income:      $ _____ 500.00

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

   3. Net Employee Payroll (Other Than Debtor)   $ _____
   4. Payroll Taxes   $ _____
   5. Unemployment Taxes   $ _____
   6. Worker's Compensation   $ _____
   7. Other Taxes   $ _____
   8. Inventory Purchases (Including raw materials)   $ _____
   9. Purchase of Feed/Fertilizer/Seed/Spray   $ _____
  10. Rent (Other than debtor's principal residence)   $ _____
  11. Utilities   $ _____
  12. Office Expenses and Supplies   $ _____
  13. Repairs and Maintenance   $ _____
  14. Vehicle Expenses   $ _____ 100.00
  15. Travel and Entertainment   $ _____
  16. Equipment Rental and Leases   $ _____
  17. Legal/Accounting/Other Professional Fees   $ _____
  18. Insurance   $ _____
  19. Employee Benefits (e.g., pension, medical, etc.)   $ _____
  20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition Business Debts (Specify):   $ _____

  21. Other (Specify):   $ _____

  22. Total Monthly Expenses (Add items 3-21)   $ _____ 100.00

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

  23. **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)   $ _____ 400.00

© 1993-2004 F7-Filing Inc [1-800-998-2424] - Forms Software Only

IN RE Monohan, Willaim Patrick & Monahan, Debra Ruth          Case No. _____

_____
Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **14** sheets, and that
(Total shown on summary page plus 1)

they are true and correct to the best of my knowledge, information, and belief.

Date: **October 10, 2005** _____    Signature: *William P Manahan* _____
Willaim P Monohan                                                    Debtor

Date: **October 10, 2005** _____    Signature: *Debra R Monel* _____
Debra Monahan                                              (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that
I have provided the debtor with a copy of this document.

**Jeffrey L. Hill**                                                    **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**
Printed or Typed Name of Bankruptcy Petition Preparer                  Social Security No
                                                                       (Required by 11 U.S.C § 110(c) )

**7628 103rd Street**
**Jacksonville, FL  32210**
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each
person.

_____          **October 10, 2005**
Signature of Bankruptcy Petition Preparer           Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result
in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a
member or an authorized agent of the partnership) of the _____
(corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and
schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1)

Date: _____          Signature: _____

_____
(Print or type name of individual signing on behalf of debtor)

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

**Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.**

© 1993-2004 EZ-Filing, Inc [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Middle District of Florida**

IN RE:                                                    Case No. _____

Monohan, Willaim Patrick & Monahan, Debra Ruth          Chapter **7**
                                Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

### 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| 82,000.00 | 2003 wages |
| 54,000.00 | 2004 wages |
| 7,000.00 | 2005 wages |

### 2. Income other than from employment or operation of business

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 50,400.00 | military pension past 24 months |

### 3. Payments to creditors

None ☐ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Washington Mutual<br>PO Box 8404747415<br>Baltimore, MD 21283 | August 1, 2005<br>September 1, 2005<br>October 1, 2005 | 3,421.08 | 133,257.70 |
| Homecoming Financial<br>PO Box 105682<br>Atlanta, GA 30348 | August 14, 2005<br>September 14, 2005<br>October 14, 2005 | 2,025.69 | 31,622.86 |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| MBNA America<br>PO Box 15137<br>Wilmington, DE 19886 | July 29th 2005<br>August 29 2005<br>September 29, 2005 | 1,338.00 | 19,842.25 |
| Bank Of America<br>PO Box 25118<br>Tampa, FL 33622 | August 2, 2005<br>September 2, 2005<br>October 2, 2005 | 643.50 | 9,907.28 |
| Bank Of America<br>PO Box 25118<br>Tampa, FL 33622 | July 28, 2005<br>August 28, 2005<br>September 28, 2005 | 1,174.41 | 15,091.47 |
| Clay Electric<br>PO Box 308<br>Keystone Heights, FL 32656 | August 6, 2005<br>September 6, 2005<br>October 6, 2005 | 1,116.87 | 404.01 |

None ☑ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **United States vs Merck** | **Vioxx** | **US District Court - Jacksonville,<br>Florida** | **pending** |
| **Ruthie Coates Estate vs VFW<br>Anchor Pt. Alaska - Case #3KN-<br>04-1016 CI** | **Wrongful Death** | **Third (3rd) District Kena Alaska<br>-** | **pending trial** |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON<br>OR ORGANIZATION | RELATIONSHIP TO<br>DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND<br>VALUE OF GIFT |
|---|---|---|---|
| **Joshua Monahan<br>5715 Pine Forest Drive<br>Orange Park, FL 32003** | **son** | **February 2005** | **$1000.00 for car loan** |

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**8. Losses**

None ☐ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| **computer and old television set** | **lightening strike to house** | **July 29, 2005** |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **ABS Of Jacksonville, Inc.** **7628-5 103rd Street** **Jacksonville, FL 32210** | **October 7, 2005** | **225.00** |

**10. Other transfers**

None ☑ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, association, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☐ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**Donna Diedricks**

**divorced in 1979**

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

STATEMENT OF FINANCIAL AFFAIRS

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

**18. Nature, location and name of business**

| None | |
|---|---|
| ☑ | a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all  businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case. |

| None | |
|---|---|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |



© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: <u>October 10, 2005</u>          Signature          *William P Monahan*
                                       of Debtor
                                                                                    William P Monahan

Date: <u>October 10, 2005</u>          Signature          *Debra R Monahan*
                                       of Joint Debtor
                                       (if any)                                     Debra R Monahan

---

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

<u>Jeffrey L. Hill</u>                                                      <u>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</u>
Printed or Typed Name of Bankruptcy Petition Preparer                       Social Security No.
<u>7628 103rd Street</u>                                                    (Required by 11 U.S.C. § 110(c).)
<u>Jacksonville, FL  32210</u>
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

                                                                            <u>October 10, 2005</u>
Signature of Bankruptcy Petition Preparer                                   Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both.  18 U.S.C. § 156.*

                              0 continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

STATEMENT OF FINANCIAL AFFAIRS

**United States Bankruptcy Court**
**Middle District of Florida**

IN RE:

Monohan, Willaim Patrick & Monahan, Debra Ruth

Debtor(s)

Case No. _____

Chapter **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to be Surrendered*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME |
| --- | --- |
| **None** | |

*b. Property to be Retained [Check any applicable statement.]*

| DESCRIPTION OF PROPERTY | CREDITOR'S NAME | PROPERTY IS CLAIMED AS EXEMPT | PROPERTY WILL BE REDEEMED PURSUANT TO 11 U S C § 722 | DEBT WILL BE RE-AFFIRMED PURSUANT TO 11 U S C § 524(c) |
| --- | --- | --- | --- | --- |
| debtors homestead | **Homecoming Financial** | | | ✓ |
| debtors homestead | **Washington Mutual** | | | ✓ |

| 10/10/2005 | *William P Monohan* 10/10/05 | *Debra R. Monahan* 10/10/05 |
| --- | --- | --- |
| Date | Debtor William Monohan | Joint Debtor Debra Monahan (if applicable) |

CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Jeffrey L. Hill

Printed or Typed Name of Bankruptcy Petition Preparer

7628 103rd Street
Jacksonville, FL  32210

Address

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

Social Security No.
(Required by 11 U.S.C. § 110(c).)

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

_____

Signature of Bankruptcy Petition Preparer

October 10, 2005

Date

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedures may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

© 1993-2004 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Middle District of Florida**

IN RE:                                                                      Case No. ........................................

Monohan, Willaim Patrick & Monahan, Debra Ruth ............    Chapter **7** ...............................
                              Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: October 10, 2005 ...................    Signature: *William P Monohan* ..................................
                                                        William P Monohan                                      Debtor


Date: October 10, 2005 ...................    Signature: *Debra R Monah* ..................................
                                                        Debra Monahan                                    Joint Debtor, if any

© 1993-2004 EZ-Filing Inc [1-800-998-2424] - Forms Software Only

VERIFICATION OF CREDITOR MATRIX

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

In Re:                                                    Bankruptcy Case No.:

Debtor: William P. Monohan and Debra R. Monohan           Chapter: 7
Address: 5715 Pine Forest Drive
         Orange Park, FL 32003

### DISCLOSURE OF COMPENSATION OF BANKRUPTCY PETITION PREPARER

1.  Under 11 U.S.C. s 110(h), I declare under penalty of perjury that I am not an attorney or employee of an attorney, that I prepared or caused to be prepared one or more documents for filing by the above-named debtor(s) in connection with this bankruptcy case, and that the compensation paid to me within one year before the filing of the bankruptcy petition, or agreed to be paid to me, for services rendered on behalf of the debtor(s) in contemplation with the bankruptcy case is as follows:

For document preparation services, I have agreed to accept        $ 225.00.

Prior to the filing of this statement I have received              $ 225.00.

Balance Due                                                        $   .00
2.  I have prepared or caused to be prepared the following documents (itemize):
        Voluntary Petition For Chapter 7 Bankruptcy
        and provided the following services (itemize):

3.  The source of the compensation paid to me was:

        X Debtor                    _____ Other (specify)

4.  The source of compensation to be paid to me is:

        X Debtor                    _____ Other (specify)

5.  The foregoing is a complete statement of any agreement or arrangement for payment to me for preparation of the petition filed by the debtor(s) in this bankruptcy case.

6.  To my knowledge no other person has prepared for compensation a document for filing in connection with this bankruptcy case except as listed below:

        NAME                            SOCIAL SECURITY NUMBER

### DECLARATION OF BANKRUPTCY PETITION PREPARER

        I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

x_____        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            10/10/05
              Signature           Social Security Number      Date

Name:      Jeffrey L. Hill
Address:   7628-5 103rd St.
           Jacksonville, FL 32210

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. s 110; 18 U.S.C. s 156.*

Form B19
12/94

Form 19. **CERTIFICATION AND SIGNATURE OF NON-ATTORNEY
BANKRUPTCY PETITION PREPARER** (See 11 U.S.C. s 110)

*[Caption as in Form 16B.]*

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY
BANKRUPTCY PETITION PREPARER** (See 11 U.S.C. s 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. s 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Jeffrey L. Hill
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
7628-5 103rd Street
Jacksonville, FL 32210

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

x_____     10/10/05
Signature of Bankruptcy Petition Preparer     Date

A bankruptcy petition preparer's failure to comply with provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. s 110;   18 U.S.C. s 156.

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE: Chapter 7 Bankruptcy          CASE NO.:
<u>William P. and Debra R. Monohan</u>, Debtor(s)

## STATEMENT OF ASSISTANCE RECEIVED IN
## CONNECTION WITH THE FILING OF THIS CASE

_____ I (we) did not receive any assistance in preparing this case for filing.

\_\_X\_\_ I (we) did receive assistance in preparing this case for filing.

1). The person or firm that assisted is:
      Name:    A.B.S. OF JACKSONVILLE, Inc.
      Address:   7628-5 103rd Street, Jacksonville, FL 32210
      Telephone:  904-777-1533

2). I (we) paid the sum of $ 225.00.

3). I (we) still owe the sum of $ 0.00

4). I (we) agreed to turn over or give a security interest in the following property:

    _____
    _____
    _____

**I (we), William P. and Debra R. Monohan, Debtors, do hereby acknowledge that A.B.S of Jacksonville, Inc. has informed me that they are not permitted to file my papework nor collect the court filing fees. I do hereby certify that A.B.S of Jacksonville, Inc. did not file my papework nor collect the court filing fees.**

I (we), William P. and Debra R. Monohan, debtor, do hereby declare under penalty of perjury that the statements made above are true and correct.

Signed, this *12* day of *Oct.* , 2005 at Jacksonville, Florida.

_____
William P. Monohan, Debtor

_____
Debra R. Monohan, Joint-Debtor